IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HELLER EHRMAN LLP,<br><br>Liquidating Debtor. | No. CV 13-01775 CRB<br>CV 13-01890 CRB<br>CV 13-01891 CRB<br>CV 13-01892 CRB |
| HELLER EHRMAN LLP<br><br>Plaintiff,<br><br>v.<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP ET AL.,<br><br>Defendants. | **ORDER DENYING MOTIONS FOR LEAVE TO FILE INTERLOCUTORY APPEAL** |

These four cases stem from the dissolution of the law firm Heller Ehrman LLP. ("Heller"). Defendants seek leave from this Court to appeal from the Bankruptcy Court's interlocutory summary judgment ruling on fraudulent transfer claims brought by Heller's plan administrator. Having considered whether the appeal presents a controlling question of law as to which there is substantial ground for difference of opinion, and whether an immediate appeal would materially advance the ultimate termination of the litigation, see 28

//
//
//

U.S.C. § 158(a)(3); <u>In re Belli</u>, 268 B.R. 851, 858 (B.A.P. 9th Cir. 2001); <u>Oliner v. Kontrabecki</u>, 305 B.R. 510, 527 (N.D. Cal. 2004), the Court DENIES the motions.

**IT IS SO ORDERED.**

Dated: May 10, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE